DANNY DELELLIS v. TRENTON SHOP–RITE.

May 16, 1984.

Petition for certification denied.

SHERBROOK AT GLENSIDE ASSOCIATION v. TOWNSHIP
OF BERKELEY HEIGHTS.

May 16, 1984.

Petition for certification denied.

MARGAREET BAKELY v. BURLINGTON COUNTY
MEMORIAL HOSPITAL.

May 16, 1984.

Petition for certification denied.

WALTER CUOZZO v. TRUSTEES OF THE POLICE AND
FIREMEN'S RETIREMENT SYSTEM.

May 16, 1984.

Petition for certification denied.